IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICKY CHARLTON,** | : | CIVIL ACTION |
|     **Plaintiff,** | : | |
| | : | |
| vs. | : | NO.   22-cv-5145 |
| | : | |
| **KILOLO KIJAKAZI,** | : | |
| **Acting Commissioner of Social Security,** | : | |
|     **Defendant.** | : | |

# ORDER

AND NOW, this  13th  day of December, upon consideration of Plaintiff's Request for Review (ECF No. 10), Defendant's response thereto (ECF No. 11), and Plaintiff's reply brief (ECF No. 12), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The Plaintiff's Request for Review is **DENIED**;

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

　　/s/ Lynne A. Sitarski　　
LYNNE A. SITARSKI
United States Magistrate Judge